**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **IRMA GARZA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) CIVIL ACTION NO. SA-23-CA-00120-FB |
| | ) |
| **CINTAS CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the parties' Agreed Motion for Dismissal with prejudice, filed on February 20, 2024. (Docket no. 26). By way of their agreed motion, the parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against Defendant are dismissed with prejudice, and all counterclaims alleged by Defendant against Plaintiff are dismissed with prejudice, with each party to bear its own costs and attorneys' fees. After careful consideration, the Court is of the opinion that the motion should be granted.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the parties' Agreed Motion for Dismissal (docket no. 26) is GRANTED such that, pursuant to the stipulation of dismissal signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Plaintiff's claims in this lawsuit against Defendant are DISMISSED WITH PREJUDICE, and all counterclaims alleged by Defendant against Plaintiff are DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 26th day of February, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE